UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-cv-81250-MARRA

HOWARD COHAN,

    Plaintiff,

vs.

FLORIDA WINE AND SPIRITS, LLC,
d/b/a TOTAL WINE & MORE #905,

    Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, FLORIDA WINE AND SPIRIT, LLC d/b/a TOTAL WINE & MORE #905, have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The parties respectfully request twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: September 1, 2016.

                                    BY:   /s/ Peter S. Leiner
                                              Jason S. Weiss
                                              Jason@jswlawyer.com
                                              Florida Bar No. 356890
                                              Peter S. Leiner
                                              Peter@jswlawyer.com
                                              Florida Bar No. 104527
                                              **WEISS LAW GROUP, P.A.**
                                              5531 N. University Drive, Suite 103
                                              Coral Springs, FL 33067
                                              Tel: (954) 573-2800
                                              Fax: (954) 573-2798
                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all parties of record.

                                         BY: /s/ Peter S. Leiner
                                                   Jason S. Weiss
                                                   Jason@jswlawyer.com
                                                   Florida Bar No. 356890
                                                   Peter S. Leiner
                                                   Peter@jswlawyer.com
                                                   Florida Bar No. 104527