UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81250-KAM

HOWARD COHAN,

    Plaintiff,

vs.

FLORIDA FINE WINE AND SPIRITS, LLC,
d/b/a TOTAL WINE & MORE # 905,

    Defendant.
_____/

### **ORDER**

    This matter is before the Court on Plaintiff and Defendant's Stipulation for Dismissal with Prejudice (DE 10). This type of dismissal is self-executing and the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). It is hereby **ORDERED AND ADJUDGED** that any pending motions are **DENIED AS MOOT** and that the Clerk shall **CLOSE** this case.

    **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of September, 2016.

_____
KENNETH A. MARRA
United States District Judge